IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ECOFACTOR, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CAUSE NO. WA-23-CV-61-KC |
| RESIDEO TECHNOLOGIES, INC., | § § § | |
| Defendant. | § | |

## ORDER

On this day, the Court considered Plaintiff's Motion to Relate and Reassign Case ("Motion"), ECF No. 10. After conferring with Judge Alan D Albright, the Court finds that this case is related to cause number 6:22-cv-69-ADA and should have been directly assigned to Judge Albright when filed.

Accordingly, the Motion, ECF No. 10, is **GRANTED**. The Court **ORDERS** that the above-captioned cause shall be **TRANSFERRED** to the docket of United States District Judge Alan D Albright. Pursuant to the most recent Order Assigning Business of the Court, the Clerk shall credit this case to the percentage of business of the receiving Judge.

**SO ORDERED.**

SIGNED this 16th day of February, 2023.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

ACCEPTED:

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE