UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ECOFACTOR, INC., <br><br> Plaintiff, <br><br> v. <br><br> RESIDEO TECHNOLOGIES, INC., <br><br> Defendant. | Case No. 6:23-cv-00061-ADA |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Joint Motion to Dismiss with Prejudice filed by Plaintiff EcoFactor, Inc. and Defendant Resideo Technologies, Inc., stating that the parties have resolved all claims in this action. Having considered this request, and for good cause, the Court finds the Motion should be GRANTED.

IT IS THEREFORE ORDERED that all claims in this action are dismissed with prejudice. IT IS FURTHER ORDERED that each party shall bear its own costs, expenses, and attorneys' fees in this action.

SO ORDERED.

**SIGNED** this 29th day of December, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE